UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| SEIYID ELAMIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendant. | **CLASS ACTION**<br><br>Case No. 1:23-cv-00037-AKB |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Seiyid Elamin, and Defendant, Progressive Direct Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Seiyid Elamin, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

Respectfully submitted on January 29, 2024

[*Signatures on following page*]

1

/s/ *Andrew J. Shamis*
Andrew J. Shamis, Esq.*
Edwin Eliu Elliott*
Leanna Alexis Loginov*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
edwine@shamisgentile.com
lloginov@shamisgentile.com

Christopher Gold, Esq.*
**EDELSBERG LAW, PA**
20900 NE 30th Ave, Suite 417
Aventura, Florida 33180
Telephone: 305-975-3320
scott@edelsberglaw.com
chris@edelsberglaw.com

Joseph Henry Bates, III *
Edwin Lee Lowther, III*
**CARNEY BATES & PULLIAM PLLC**
519 West 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
hbates@cbplaw.com
llowther@cbplaw.com

Bonner Charles Walsh
**WALSH PLLC**
1561 Long Haul Rd
Grangeville, ID 83530
541-359-2827
bonner@walshpllc.com

*Counsel for Plaintiff*

/s/ *Allison Hill White*
Allison Hill White*
Jeffrey S. Cashdan*
Zachary A. McEntyre*
J. Matthew Brigman*
Allexia Bowman Arnold*
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com
awhite@kslaw.com
aarnold@kslaw.com

Julia C. Barrett*
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100
Email: jbarrett@kslaw.com

Nicole C. Hancock
**STOEL RIVES LLP**
101 S Capitol Blvd
SUITE 1900
Boise, ID 83702
208-387-4231
Fax: 515-283-8045
Email: Nicole.hancok@stoel.com

*Counsel for Defendant*

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 29, 2024, I caused a true and correct copy of the foregoing to be filed via the Court's ECF system, which will send notice to all counsel of record.

*/s/ Andrew J. Shamis*
*Andrew J. Shamis*