UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEIYID ELAMIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio corporation,<br><br>    Defendant. | Case No. 1:23-cv-00037-AKB<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

In accordance with the Stipulation of Dismissal (Dkt. 38) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and signed by all parties who have appeared in this action, the above-captioned action is automatically terminated in its entirety with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (dismissal under Rule 41(a)(1)(A) is automatic, without court order).

DATED: January 30, 2024

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge

**ORDER RE: STIPULATION OF DISMISSAL - 1**